**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**KC**

**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1095**

In the Matter of                                                    Case Number:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee v. Don Darr Chevrolet, Inc., a Delaware corporation

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print) | |
| Rathna C. Rodgers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rathna C. Rodgers | |
| FIRM | |
| Central States Legal Department | |
| STREET ADDRESS | |
| 9377 West Higgins Road | |
| CITY/STATE/ZIP | |
| Rosemont, Illinois 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06239131 | (847) 518-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |