| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF SERVICE

The undersigned, first being sworn, states that on April 23, 2008 she served a copy of the attached Defendant's Answer to Complaint on all parties of record by enclosing a true and correct copy of the same in a properly addressed envelope via U.S. Mail, proper first class postage prepaid, to:

Rathna Rodgers
Central States Legal Department
9377 West Higgins Road
Rosemont, IL 60018-7938

before the hour of 5:00 p.m., this 23rd day of April, 2008.

_____
Kathleen J. Henders

Subscribed and sworn to before me
this 23rd day of April, 2008.

_____
Notary Public

OFFICIAL SEAL
JORDAN BORN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/10