IN THE UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, AND HOWARD MCDOUGALL, TRUSTEE | ) ) ) ) Case No. 08 cv 1095 |
| Plaintiffs, | ) ) |
| v. | ) Honorable Judge Gottschall ) ) |
| DON DARR CHEVROLET, INC., | ) Magistrate Judge Valdez ) |
| Defendant. | ) ) |

**NOTICE OF FILING**

To: Rathna Rodgers
Central States Legal Department
9377 West Higgins Road
Rosemont, IL 60018-7938

PLEASE TAKE NOTICE that on April 23, 2008, I caused to be filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, Defendant's Answer to Complaint, a copy of which is attached hereto and herewith served upon you.

_____
Jordan A. Born

Lawrence D. Mishkin
Timothy E. Hirsch
Jordan A. Born
Silver & Mishkin, LLC
400 Skokie Boulevard, Suite 850
Northbrook, Illinois 60062
(847) 504-1450
ARDC: 6285788