## VERIFIED RETURN OF SERVICE

State of ILLINOIS          County of NORTHERN DISTRICT          U S District Court Court

Case Number: 08 C 1095

Plaintiff:
CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION
FUND, AND HOWARD MCDOUGALL, TRUSTEE

vs.

Defendant:
DON DARR CHEVROLET, INC.

For:
Rathna Rodgers
CENTRAL STATES, SOUTHEAST AND SOUTHWEST
9377 West Higgins Road
Rosemont, IL 60018

Received by Intercounty Subpoena on the 14th day of March, 2008 at 4:00 pm to be served on DON DARR CHEVROLET, INC. DONALD L. DARR AS R/A, 6201 SOUTH LINDBERGH, ST. LOUIS, MO 63123.

I, STEVE KIDD, do hereby affirm that on the **4th day of April, 2008** at **6:20 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **20 DAYS/SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONALD L. DARR** at the address of: **4010 GALT OCEAN DRIVE, APARTMENT 404, FORT LAUDERDALE, FL 33308**, and informed said person of the contents therein, in compliance with state statutes.

We certify that we are over the age of 18, have no interest in the above action, and are Special/Certified Process Servers, in good standing, in the judicial circuit in which the process was served.

STEVE KIDD
#5

Intercounty Subpoena
& Investigative Agency
P.O. Box 1000
Fort Lauderdale, FL 33302
(954) 462-1593
Our Job Serial Number: 2008001623

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c