IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1095 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| DON DARR CHEVROLET, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Via the court's electronic filing system:
Lawrence D. Mishkin
Silver & Mishkin, LLC
400 Skokie Boulevard
Suite 850
Northbrook, Illinois 60062

PLEASE TAKE NOTICE that on April 24, 2008, Plaintiffs filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the attached Verified Return of Service, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

 s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

F:260224 / 08410037 / 4/24/08                     -1-

## **CERTIFICATE OF SERVICE**

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on April 24, 2008, I caused the foregoing Notice of Filing and Verified Return of Service to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

    s/ Rathna C. Rodgers
Rathna C. Rodgers (ARDC #06239131)
One of Central States' Attorneys