**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                         Plaintiff,

v.                                            Case No.: 1:08−cv−01095
                                                   Honorable Joan B.
                                                   Gottschall

Don Darr Chevrolet, Inc.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/23/2008. Rule 26(a)(1) disclosures shall be exchanged by 5/23/2008. Defendant to answer or otherwise plead on or before 5/23/2008. ( Status hearing set for 5/28/2008 at 09:30 AM.)Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.