IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1095 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| DON DARR CHEVROLET, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF AGREED MOTION

TO:   Via the court's electronic filing system:
   Mike Kaemmerer
   McCarthy, Leonard, Kaemmerer, Owen,
   McGovern & Striler, L.C.
   400 South Woods Mill Road, Suite 250
   Chesterfield, MO 63017-3481

PLEASE TAKE NOTICE that on Thursday, May 29, 2008, at the hour of 9:30 a.m. or as soon as counsel may be heard, counsel will appear before the Honorable Joan B. Gottschall, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago Illinois, or such other Judge as may be sitting in her stead, and present the attached Agreed Motion For Entry of a Stipulated Dismissal Order.

                              Respectfully submitted,

                               s/ Rathna C. Rodgers
                              Rathna C. Rodgers (ARDC #06239131)
                              Attorney for Plaintiffs
                              Central States, Southeast and
                              Southwest Areas Pension Fund
                              9377 W. Higgins Road
                              Rosemont, Illinois 60018-4938
                              (847) 518-9800, Ext. 3435