# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1095 | **DATE** | 5/28/2008 |
| **CASE TITLE** | CENTRAL STATES, ET AL vs. DON DARR CHEVROLET, INC. | | |

**DOCKET ENTRY TEXT**

Enter stipulated dismissal.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | TP |
|---|---|---|