

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>                Plaintiffs,<br><br>    v.<br><br>DON DARR CHEVROLET, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 08 C 1095<br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

## STIPULATED DISMISSAL

NOW COME the Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, and the Defendant, Don Darr Chevrolet, Inc., by and through their respective counsel, and stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this case be dismissed without prejudice and that each party bear its own costs.

Respectfully submitted,

/s/ Rathna C. Rodgers
Attorney for Plaintiffs Central States,
Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
847/518-9800, Ext. 3435

SO ORDERED:

Date: 5/28/08

/s/ Michael Kaemmerer
Attorney for Defendant Don Darr
Chevrolet, Inc.
Michael Kaemmerer
McCarthy, Leonard, Kaemmerer, Owen
McGovern & Striler, L.C.
400 South Woods Mill Road, Suite 250
Chesterfield, MO 63017-3481

Enter:

United States District Judge Gottschall

F: 263076 / 08410037 / 5/22/08