# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>     Plaintiffs,<br><br>v.<br><br>DON DARR CHEVROLET, INC., a Delaware corporation,<br><br>     Defendant. | Case No. 08 C 1095<br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO: <u>Via the court's electronic filing system:</u>
   Michael E. Kaemmerer
   McCarthy, Leonard, Kaemmerer, Owen,
   McGovern & Striler, L.C.
   400 South Woods Mill Road, Suite 250
   Chesterfield, Missouri 63017-3481

  PLEASE TAKE NOTICE that on Thursday, September 18, 2008, at the hour of 9:30 a.m. or as soon as counsel may be heard, counsel will appear before the Honorable Joan B. Gottschall, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago Illinois, or such other Judge as may be sitting in her stead, and present the attached Motion to Reinstate Case and for Leave to File First Amended Complaint.

                                      Respectfully submitted,

September 10, 2008                      /s/ Rathna C. Rodgers  
                                      Rathna C. Rodgers (ARDC #06239131)  
                                      Attorney for Plaintiffs  
                                      Central States, Southeast and  
                                      Southwest Areas Pension Fund  
                                      9377 W. Higgins Road  
                                      Rosemont, Illinois 60018-4938  
                                      (847) 518-9800, Ext. 3435  
                                      rrodgers@centralstatesfunds.org

## CERTIFICATE OF SERVICE

    I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on September 10, 2008, I caused the foregoing Notice of Motion and Motion to Reinstate Case and for Leave to File First Amended Complaint to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

                                                          s/ Rathna C. Rodgers
                                                          Rathna C. Rodgers (ARDC #06239131)
                                                          One of the Plaintiffs' Attorneys